JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DELGADO,<br><br>                    Petitioner,<br><br>          v.<br><br>RAYMOND MADDEN, Warden,<br><br>                    Respondent. | Case No. 2:18-cv-02699-FMO-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:   August 21, 2020

                                        /s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE